IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RHONDA KROEKER, | § | |
| | § | |
| **Plaintiff** | § | |
| v. | § | C.A. No. 1:24-CV-00534 |
| | § | |
| | § | |
| HOLY SHIP LLC, | § | |
| | § | |
| **Defendant.** | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff Rhonda Kroeker and files this her Unopposed Motion to Dismiss all claims against Defendant Holy Ship LLC and request this Court to enter the attached Order of Dismissal of Claims with prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff Rhonda Kroeker against Defendant Holy Ship LLC, and that attorneys' fees and costs of court be taxed against the party incurring same.

Respectfully submitted,

**WEINER & SAND, LLP**

By:/s/ _Andrew Weiner_
      Andrew Weiner
      State Bar No. 808278
      800 Battery Avenue SE
      Suite 100
      Atlanta, GA 30339
      404-254-0842
      866-800-1482 Fax
      aw@wsjustice.com

-1-

300364529v.1

William M. Clanton
Texas Bar No. 24049436
Law Office of Bill Clanton, P.C.
926 Chulie Drive
San Antonio, Texas 78216
Phone: (210) 226-0800
Fax: (210) 338-8660
Email: bill@clantonlawoffice.com

**ATTORNEYS-IN CHARGE FOR PLAINTIFF
RHONDA KROEKER**

## CERTIFICATE OF SERVICE

I certify that a copy of the attached has been forwarded to all known counsel of record via CM/ECF on August 7, 2024.

/s/     *Andrew Weiner*
Andrew Weiner

-2-

300364529v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **RHONDA KROEKER,** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | **C.A. No. 1:24-CV-00534** |
| | § | |
| | § | |
| **HOLY SHIP LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS day, this Court considered the motion of Plaintiff Rhonda Kroeker to dismiss all claims against Defendant Holy Ship LLC., with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Rhonda Kroeker Motion to Dismiss all claims against Defendant Holy Ship LLC., with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this _____ day of _____, 2024.

_____

300364529v.1

AGREED:

**WEINER & SAND LLC**

/s/_____Andrew Weiner_____
Andrew Weiner
State Bar No. 808278
800 Battery Avenue SE
Suite 100
Atlanta, GA 30339
404-254-0842
866-800-1482 Fax
aw@wsjustice.com

William M. Clanton
Texas Bar No. 24049436
Law Office of Bill Clanton, P.C.
926 Chulie Drive
San Antonio, Texas 78216
Phone: (210) 226-0800
Fax: (210) 338-8660
Email: bill@clantonlawoffice.com

**ATTORNEYS-IN CHARGE FOR PLAINTIFF
RHONDA KROEKER**


**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

/s/ Linda P. Wills_____
Linda P. Wills
State Bar No. 21661400
S.D. Tex. No. 12566
909 Fannin, Suite 3300
Houston, Texas 77010
Telephone:  713-353-2000
Facsimile    713-785-7780
Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
HOLY SHIP LLC**

-4-

300364529v.1