IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RHONDA KROEKER,                          §
                                         §
        Plaintiff,                       §
                                         §
v.                                       §          1:24-CV-534-RP
                                         §
HOLY SHIP LLC,                           §
                                         §
        Defendant.                       §

## ORDER

On August 7, 2024, Plaintiff dismissed all claims in this case with prejudice by Unopposed Motion To Dismiss With Prejudice. (Dkt. 10). The Court construes Plaintiff's motion to dismiss as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 7, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE